# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

## CIVIL NO. 1:06CV141

| | |
|---|---|
| WILLIAM H. GOURLEY, JR., )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>KEN WILSON FORD, INC., )<br>)<br>Defendant. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the July 2007 term in the Asheville Division.

The Court has under advisement the Defendant's motion for summary judgment and the Plaintiff's motion to strike; the Court will not complete its review of these motions in time for the parties to adequately prepare for trial for the July 2007 term.

**IT IS, THEREFORE, ORDERED** that the Clerk calendar this case for trial during the Court's September 2007 term in the Asheville Division.

2

Signed: May 16, 2007

Lacy H. Thornburg
United States District Judge