IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06CV141

| | |
|---|---|
| WILLIAM H. GOURLEY, JR., )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>KEN WILSON FORD, INC., )<br>)<br>Defendant. )<br>) | **J U D G M E N T** |

For the reasons stated in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant's motion for summary judgment is **ALLOWED**, and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Signed: June 11, 2007

Lacy H. Thornburg
United States District Judge